— Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Kings County (Williams, J.), imposed October 27, 2015, on the ground that the sentence is excessive.
 

 Ordered that the sentence is affirmed.
 

 The defendant’s valid waiver of his right to appeal (see People v Sanders, 25 NY3d 337 [2015]; People v Ramos, 7 NY3d 737 [2006]), which included both an oral and a written waiver (see People v Bryant, 28 NY3d 1094 [2016]; cf. People v Policastro, 142 AD3d 679 [2016]), precludes appellate review of his contention that the sentence is excessive (see People v Seaberg, 74 NY2d 1, 9 [1989]).
 

 Eng, P.J., Dillon, Miller, Hinds-Radix and Iannacci, JJ., concur.